1
2
3
4
5
6
7
8  # UNITED STATES DISTRICT COURT

9  ## EASTERN DISTRICT OF CALIFORNIA

10

11  GUILLERMO TRUJILLO,                    Case No. 1:14-cv-01797 DLB PC

12           Plaintiff,                    ORDER DISREGARDING
                                           PLAINTIFF'S MOTION TO
13      v.                                 FILE SUPPLEMENTAL COMPLANT

14  GOMEZ, et al.,                         (Document 10)

15           Defendants.

16

17      Plaintiff Guillermo Trujillo ("Plaintiff") is a California state prisoner proceeding pro se in

18  this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on November 17, 2014.  The

19  complaint is awaiting screening.

20      On December 8, 2014, Plaintiff filed a motion to file a "supplemental" complaint pursuant to

21  Federal Rule of Civil Procedure 15(a).  On December 19, 2014, the Court issued an order explaining

22  that Plaintiff did not need leave to file an amended complaint at this stage of the proceedings.  The

23  Court also provided Plaintiff with the requirements for amending.

24      On December 22, 2014, Plaintiff filed another motion to file a supplemental complaint.

25  Plaintiff appears to list various incidents that he would like to add to his complaint.

26      Plaintiff's motion is DISREGARDED.  To the extent that Plaintiff wants to file an amended

27  complaint, he may do so as explained by the prior order.  To the extent that Plaintiff simply wants to

28

add the allegations in the motion, he cannot do so.  The Court will not permit piecemeal complaints.

ALL allegations must be contained in one complaint.

IT IS SO ORDERED.

Dated:   **December 23, 2014**                    _____ /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE