**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01797 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR EXHIBITS<br><br>(Document 11) |

Plaintiff Guillermo Trujillo ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 17, 2014. The complaint is awaiting screening.

On December 8, 2014, Plaintiff filed a motion to file a "supplemental" complaint pursuant to Federal Rule of Civil Procedure 15(a). On December 19, 2014, the Court issued an order explaining that Plaintiff did not need leave to file an amended complaint at this stage of the proceedings. The Court also provided Plaintiff with the requirements for amending.

On December 22, 2014, Plaintiff filed another motion to file a supplemental complaint. On December 23, 2014, the Court disregarded Plaintiff's motion. The Court informed Plaintiff that could file an amended complaint, as explained by the prior order. The Court also explained to Plaintiff that to the extent he wanted to add the allegations in the motion, he could not do so.

1

On December 18, 2014, Plaintiff filed a "motion for exhibits." He attaches two exhibits that appear to relate to his original allegations.

Plaintiff's motion is DISREGARDED and the Clerk of Court is instructed to return the documents to Plaintiff. At this time, it is unclear whether Plaintiff will be filing an amended complaint, and the Court will not docket exhibits. Plaintiff may file the exhibits with an amended complaint.

IT IS SO ORDERED.

Dated: **December 29, 2014**                    /s/ *Dennis L. Beck*
                                                               UNITED STATES MAGISTRATE JUDGE