# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO,<br><br>    Plaintiff,<br><br>   v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01797-DLB PC<br><br>ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Guillermo Trujillo, a state prisoner proceeding pro se and in forma pauperis. This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California.

Defendants have now appeared in the action. Therefore, Defendants shall notify the Court within ten (10) days from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

    Dated:   **April 15, 2016**              /s/ *Dennis L. Beck*
                                                             UNITED STATES MAGISTRATE JUDGE

1